Decided February 6, 2008

PONDY ASSOCIATES, L.P. *v.* MAX'S
OYSTER BAR, LLC

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29107) is denied.

*Michael T. McCormack* and *Paul Guggina*, in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz*, in opposition.

Decided February 6, 2008